## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Alan Nottke (K96739), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 25 C 50385 |
| v. | ) | |
| | ) | Hon. Iain D. Johnston |
| T. Weidman, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

    Plaintiff's renewed motion for attorney representation [12] is denied for the reasons stated in the Court's Oct. 6, 2025, order [8]. Plaintiff clarifies that he has a GED, or high-school equivalency diploma, and his filings to date have been coherent. Recruitment of counsel is not necessary at this early stage of the case. Plaintiff also states that the John Doe sergeant in this case is "Sgt. Fergenson." Plaintiff is directed to submit a proposed amended complaint that stands complete on its own and includes all claims and Defendants by November 21, 2025. The Clerk is directed to send Plaintiff a copy of this order and a blank amended complaint form.

Date: October 27, 2025    By: _____
                                                            Iain D. Johnston
                                                            United States District Judge