PC SCAN




**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

Alan B. Nottke

(K-96739)

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No: 3:25-cv-50385
(To be supplied by the Clerk of this Court)

T. Weidman

Warren

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

**AMENDED COMPLAINT**

X **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

A. Name: Alan B. Nottke

B. List all aliases: ____

C. Prisoner identification number: K-96739

D. Place of present confinement: Dixon C.C.

E. Address: 2600 N. Brinton Ave

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: T. Weidman

Title: Correctional officer

Place of Employment: Dixon C.C.

B. Defendant: Warren

Title: Correctional officer

Place of Employment: Dixon C.C.

C. Defendant: Sgt. Fergenson

Title: Sgt.

Place of Employment: Dixon C.C.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(Rough Draft)

order (13)

I was assaulted by a inmate from behind. I was Knocked unconsious. I woke up I notice right away I was in a small pool of blood, my (2) front teeth were knocked out. I was still bleeding so I wrap my bath towel around my head. I began to Kick on door to get a c/o attention. (T. weidman) shows up at my door, and says (what the hell happen to you). In fear that I was going to be attack again, I lied and said I slip and fell in shower. (T. weidman) laugh a little and said he will have to call a sgt. 2nd shift comes around and (c/o warren) is doing count around 3:30 pm. I show him that my (2) front teeth are missing. He said what happen? I tell him I slip and fell in the shower. I tell him this because I'm still in the cell with the person who has assaulted me. He said I will have to call a Sgt. because we are on a level 1 lock down. Around 5:00 pm

that night, (C/O warren) was passing out dinner trays I ask him for medical attention. He said I called a Sgt. He should be here soon. So about a hour or so later a Sgt. which (I believe) was (fergenson) shows up at my door. He tells me to turn around, and places hand cuffs on me. He trys to take the bath towel off my head, I step back and tell him I'm bleeding. After being hand cuff I was walk to health care. As soon as I got to health care Nurse Walburg & Nurse King notice how busted up I was and right away said we have to send you to the outside hospital. With in 30 min I was chain and shackle and loaded in a van. Officer grossman was my driver. As soon as I was taken outside gate, another office open van door, and took pictures of me. He press me pretty hard, about who assautted me. In fear of being assaulted again I did not tell him. (Every thing I stated is true to the best of my memory).

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Monetary value, for pain and suffering. For T. Weidman & warren to be placed on leave with out pay. And a single man cell, so that I don't have to live in fear of being assaulted again.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 1st day of Nov, 20 25

[signature]
(Signature of plaintiff or plaintiffs)

Alan B. Nottke
(Print name)

K-96739
(I.D. Number)

2600 N. Brinton Ave
Dixon, IL 61021
(Address)