**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION**

| | |
|---|---|
| Alan Nottke,<br><br>*Plaintiff*,<br><br>*v.*<br><br>T. Weidman et al.,<br><br>*Defendants*. | Case No. 3:25-cv-50385<br><br>Hon. Michael F. Iasparro |

**REPORT AND RECOMMENDATION**

Case called for a telephonic hearing on 7/30/2026. Plaintiff Alan Nottke failed to appear, marking his second failure to appear in violation of this Court's orders. On 5/5/2026, Plaintiff appeared before the Court, reported that he had been released from custody, and was reminded to file a written notice of change of address with the Clerk's Office. A telephonic hearing was set for 7/16/2026. See Dkt. 33. Plaintiff failed to appear at the 7/16/2026 hearing. At that hearing, defense counsel reported no recent communication with Plaintiff, and Plaintiff had not filed a notice of change of address. The hearing was continued to 7/30/2026, and Plaintiff was expressly warned that failure to appear would result in dismissal for want of prosecution. See Dkt. 36. The Court's orders setting the telephonic hearings were mailed to Plaintiff at his address of record and were not returned as undeliverable. Plaintiff again failed to appear on 7/30/2026. Defense counsel reports that she contacted Plaintiff's parole officer, who provided Plaintiff's last known address, and further reports that she has had no communication with Plaintiff. Plaintiff has not provided the Court or defense counsel with any explanation for his failures to appear. Accordingly, this Court recommends that the case be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Any objection to this Report and Recommendation must be filed by 8/13/2026. See Fed. R. Civ. P. 72(b). Failure to file a timely objection may result in waiver of objections on appeal. See Provident Bank v. Manor Steel Corp., 882 F.2d 258, 260–61 (7th Cir. 1989). The Clerk is directed to mail a copy of this order to Plaintiff Alan Nottke at his address of record and at the last known address provided by defense counsel.

Entered: July 30, 2026

By: ______________________
Michael F. Iasparro
U.S. Magistrate Judge