**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Alan Nottke, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 25 C 50385 |
| v. | ) | |
| | ) | Hon. Iain D. Johnston |
| T. Weidman, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

By a Report and Recommendation dated July 30, 2026, Magistrate Judge Iasparro recommended that this case be dismissed for want of prosecution after Plaintiff twice failed to appear at court hearings in violation of court orders. Plaintiff did not object to the Report and Recommendation, and the time to do so has passed. Fed. R. Civ. P. 72(b)(2). The Court finds no clear error with the Report and Recommendation. *See Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) (unobjected portions of report and recommendation are reviewed for clear error). The Court therefore adopts the Report and Recommendation [37], and the Clerk is directed to terminate it. The Court dismisses this action with prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) (explaining that district court has inherent authority to dismiss case for lack of prosecution). The Clerk is directed to enter final judgment and mail a copy of this order and the judgment to Plaintiff at his last known address, as reflected on the docket. This case is closed.

Date: August 19, 2026 By: ______________________________

Iain D. Johnston
United States District Judge